

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

July 10, 2018

Hon. Paul G. Gardephe
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Gregg Schonhorn
Case No.: 16 Cr. 828

Dear Judge Gardephe,

I represent Gregg Schonhorn in the above referenced matter. I respectfully request a modification of my client's bail conditions so that he may travel to Maine on Friday, July 20 to attend his son's performance at camp, and then drive his son back to the city. Mr. Schonhorn would begin driving back after the performance at night on Saturday, July 21. He anticipates the drive will take approximately 6-7 hours, with stops as needed, and will be back home by July 22. Should this request be granted, he would provide an itinerary to Pre-Trial Services.

The Government has no objection to this request. Pre-Trial Services indicates that they have no objection to this request as well.

Thank you for your consideration of this matter. Should you have any questions, please do not hesitate to contact me at the 225 Broadway address listed below.

Respectfully submitted,

_____/s/_____
Sam Braverman

Cc: AUSA

| 505 Eighth Avenue, Suite 300 | 225 Broadway, Suite 715 | Post Office Box 127 |
|---|---|---|
| New York, New York 10019 | New York, New York 10007 | Tenafly, New Jersey 07670 |
| Tel (212) 967-0352 | Tel (212) 566-6213 | Tel (201) 569-1595 |
| Fax (201) 596-2724 | Fax (212) 566-8165 | Fax (201) 596-2724 |